UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Danielle LaJeanne Mills

Case No.: To Be Assigned

2:18-cr-182- JAD-CWH

REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISDICTION

May 31, 2018

TO: United States District Judge

On October 26, 2015, Ms. Mills was sentenced in the Southern District of California to 37 months custody followed by a 3-year term of supervised release, for having committed the offense of: Importation of Heroin. Supervision Commenced in the District of Nevada on February 16, 2018.

Ms. Mills is a current resident of Nevada and plans to remain in the District of Nevada for the remainder of her supervision. Therefore, we would respectfully request that the Court accept jurisdiction in this matter to address any future Court matters expeditiously. Should Your Honor approve this request, please find the attached Probation Form 22 for Your Honor's signature.

Respectfully submitted,

Elizabeth A. Olson
2018.06.05
17:49:18 -07'00'

Elizabeth A Olson
United States Probation Officer

Approved:

Niquita M. Loftis
2018.06.01 13:15:06
-07'00'

Niquita Loftis
Supervisory United States Probation Officer

☐ FILED ☐ RECEIVED
☐ ENTERED ☐ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 6 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 15CR01830-001-BAS |
| | DOCKET NUMBER *(Rec. Court)* |
| | 2:18-cr-182-JAD-CWH |

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Danielle Lajeanne Mills<br>4059 Village Square<br>Las Vegas, Nevada 89121 | Southern California | San Diego |
| | **NAME OF SENTENCING JUDGE**<br>Cynthia Ann Bashant<br>U.S. District Judge | |
| | **DATES OF**<br>Supervised Release | **FROM** 02/16/2018   **TO** 02/15/2021 |

**OFFENSE**

21 U.S.C. §§ 952 and 960, Importation of Heroin, a Class C felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5-1-18
Date

Cynthia Ann Bashant
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

6/8/18
Effective Date

United States District Judge

FYC for MCS/AO